# Third District Court of Appeal

## State of Florida

Opinion filed January 6, 2021.
Not final until disposition of timely filed motion for rehearing.

————————————

Nos. 3D20-933; 3D20-934
Lower Tribunal Nos. 17-2427; 17-1085

————————————

**J.G., a Juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Yery Marrero, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before LOGUE, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.